FILE COPY



# Court of Appeals

### Seventh District of Texas
### Potter County Courts Building
### 501 S. Fillmore, Suite 2-A
### Amarillo, Texas 79101-2449
### www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 21, 2019

Randall C. Sims
District Attorney
501 South Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Simon Rodriguez
TDCJ-ID 614789
Estelle Unit
264 FM 3478
Huntsville, TX 77320

**RE:**   Case Numbers:  07-19-00089-CR, 07-19-00090-CR
Trial Court Case Numbers: 29,619-A, 29,620-A

**Style:** Simon Rodriguez v. The State of Texas

Dear Parties:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Honorable David L. Gleason (DELIVERED VIA E-MAIL)
Carley Snider (DELIVERED VIA E-MAIL)
Dina Wall (DELIVERED VIA E-MAIL)